USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/11/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

JAMES BROWN,

       Plaintiff,            01 Civ. 10013 (WHP)

    -against-              ORDER

DR. KOENIGSMAN and THE STATE
OF NEW YORK,

       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

       This action having been reassigned to this Court, the Court will hold a status conference on June 19, 2009 at 11:45 a.m. The parties are directed to appear in Courtroom 11D at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York.

Dated: June 9, 2009
       New York, New York

                          SO ORDERED:

                          WILLIAM H. PAULEY III
                             U.S.D.J.

*Copies Mailed to:*

James Brown
1616 Lincoln Place
Brooklyn, NY 11233-5103
*Plaintiff Pro Se*

Donald Nowve, Esq.
Office of New York State Attorney General
120 Broadway, 24th Floor
New York, NY 10271
*Counsel for Defendants*